# EXHIBIT A

## Case Information

25CV008544 | CHAUNDRA SIMMONS VS. BANK OF AMERICA

Case Number
25CV008544
File Date
06/25/2025

Court
EJ18
Case Type
OTHER CIVIL CAUSE OF
ACTION

Judicial Officer
SCHWALL, CRAIG
Case Status
Open

## Party

PLAINTIFF
SIMMONS, CHAUNDRA

DEFENDANT
BANK OF AMERICA

## Events and Hearings

06/25/2025 CASE INITIATION FORM ▾

CASE INITIATION FORM

Comment
PETITION FOR SUMMARY JUDGEMENT AND ENTRY INTO DEFAULT ON ADMINISTRATIVE
REMEDY

06/25/2025 PLAINTIFF'S ORIGINAL PETITION ▾

PETITION

Comment
PETITION FOR SUMMARY JUDGEMENT AND ENTRY INTO DEFAULT ON ADMINISTRATIVE
REMEDY

06/25/2025 SUMMONS ▾

SUMMONS

Comment
FOR SERVICE UPON DEFENDANT

07/03/2025 SHERIFF'S ENTRY OF SERVICE ▾

SHERIFF'S ENTRY OF SERVICE

Comment
SHERIFF'S ENTRY OF SERVICE

## Financial

SIMMONS, CHAUNDRA

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $218.00 |
| Total Payments and Credits | | | | $218.00 |
| 6/25/2025 | Transaction Assessment | | | $218.00 |
| 6/25/2025 | Payment | Receipt # 2025-405716 | chaundra nicole | ($218.00) |

**Documents**

CASE INITIATION FORM

PETITION

SUMMONS

SHERIFF'S ENTRY OF SERVICE

Fulton County Superior Court
***EFILED***CG
Date: 6/25/2025 2:15 PM
Che Alexander, Clerk

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of __Fulton__ County

| For Clerk Use Only | 25CV008544 |
|---|---|
| Date Filed __6/25/2025__ | Case Number _____ |
| MM-DD-YYYY | |

**Plaintiff(s)**

SIMMONS  CHAUNDRA N

Last      First      Middle I.   Suffix   Prefix

Last      First      Middle I.   Suffix   Prefix

Last      First      Middle I.   Suffix   Prefix

Last      First      Middle I.   Suffix   Prefix

**Defendant(s)**

BANK OF AMERICA

Last      First      Middle I.   Suffix   Prefix

Last      First      Middle I.   Suffix   Prefix

Last      First      Middle I.   Suffix   Prefix

Last      First      Middle I.   Suffix   Prefix

Plaintiff's Attorney _____ State Bar Number _____ Self-Represented ☒

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☒ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____         _____
**Case Number**                              **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Civil Action No. _25CV____S44_____

Date Filed _____

Magistrate Court ☐
Superior Court ☑
State Court ☐
Georgia, Gwinnett County

CHAUNDRA N. SIMMONS
_____ Plaintiff

VS.

Attorney's Address
Chaundra Simmons
345 Ravenwood Dr. sw
Atlanta, Georgia 30347

BANK OF AMERICA
_____ Defendant

Name and Address of party to be served.
CT Corporation System
289 South Culver St.
Lawrenceville, GA 30046-4805

_____ Garnishee

## Sheriff's Entry Of Service

**Personal** ☐

I have this day served the defendant _____ personally with a copy
of the within action and summons.

**Notorious** ☐

I have this day served the defendant _____ by leaving
a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at
the residence of defendant.

**Corporation** ☑

Served the defendant _Bank of America Corp_____ a corporation
by leaving a copy of the within action and summons with ___Jene Anderson_____
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the
premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States
Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate
postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐

Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _____27_____ day of ___Jun___, 20_25_.

_H. Higgins 50541_____
Deputy

Sheriff Docket_____ Page_____

Gwinnett County, Georgia

WHITE:  Clerk          CANARY:  Plaintiff / Attorney          PINK:  Defendant

SC-2 Rev.3.13

Fulton County Superior Court
***EFILED***CG
Date: 6/25/2025 2:15 PM
Che Alexander, Clerk



## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

136 Pryor Street, ROOM J2 C-103, ATLANATA, GEORGIA

**SUMMONS**

**25CV008544**

CHAUNDRA N
SIMMONS
_____
Plaintiff,

vs. BANK of America
_____
_____
Defendant

) Case
) No.:_____
)
)
)
)
)
)
)
)
)
)
)
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon plaintiff's attorney, whose name and address is:

CHAUNDRA N. SIMMONS
3485 Ravenswood Dr.
Atlanta, GA. 30349

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) days of such service. Then time to answer shall not commence until such proof of service has been filed. IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

This   6/25/2025   day of              20

*Charles George*

Honorable Ché Alexander, Clerk of Superior Court

By _____ 20

_____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you

_____
Deputy Sheriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

Fulton County Superior Court
\*\*\*EFILED\*\*\*CG
Date: 6/25/2025 2:15 PM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY ATLANTA GEORGIA
CIVIL ACTION AT LAW

CHAUNDRA NICOLE SIMMONS ) CP#
Plaintiff,

25CV008544

v. )

BANK OF AMERICA INC.
Defendant(s). )

## PETITION FOR SUMMARY JUDGMENT AND ENTRY OF DEFAULT ON ADMINISTRATIVE REMEDY

To the Honorable Judge of the Court
Pursuant to Rule 56 of the Federal Rules of Civil Procedure and relevant state laws, Plaintiff
CHAUNDRA NICOLE SIMMONS respectfully submits this Petition for Summary Judgment and Entry
of Default on Administrative Remedy against Defendant(s) aforementioned.

## FACTS

1. Plaintiff (s)served Defendant(s) with a Cease & Desist notice regarding improper rejection of
submission of personal securities without full disclosure terms and fair credit/debt collection practices
and credit reporting to non-governmental private corporations without full disclosure of the issuer's
right to withhold assignments or transfer of rights as well as have access to unlimited credit per credit
facility credit creation.

2. Defendant(s) failed to respond or comply with the Cease & Desist notice within the specified
timeframe.

3. As a result of Defendant's non-compliance, Plaintiff has suffered damages and seeks
compensation.

## GROUNDS FOR SUMMARY JUDGMENT
1. Failure to Respond: Defendant's failure to respond to the Sworn Commercial Affidavit and Cease  &
Desist notice constitutes an admission of liability.

2. Lack of Genuine Dispute: There is no genuine dispute as to any material fact, as it is a commercial maxim that, " an unrebutted affidavit stands as truth in commerce. The Defendant(s) have admitted to all material facts by silence. Good service has been provided via First Class US Certified Returned Receipt. Therefore any Court Orders or Judgments made against the Estate of the Plaintiff is indeed a conflict of interest. Therefore the Plaintiff is entitled to judgment as a matter of law.

RELEVANT LAWS AND STATUTES

1. Fair Debt Collection Practices Act (FDCPA): 15 U.S.C. § 1692 et seq.

2. Fair Credit Reporting Act (FCRA): 15 U.S.C. § 1681 et seq.

3. Federal Rule of Civil Procedure 56: Summary Judgment.

RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Grant summary judgment in favor of Plaintiff (s).

2. Enter default against Defendant(s) for failure to respond or comply with the administrative remedy.

3.Permit Plaintiff(s) to sign and execute future instruments on behalf of Plaintiffs if necessary, to receive settlement and compensation for Defendant's failure to honor the Cease & Desist notice.

5. Award Plaintiff damages and costs associated with this action.


WHEREAS This Summary Judgment is hereby respectfully _____ by the Honorable Court on this _____day of_____2025

Respectfully submitted,

CHAUNDRA NICOLE SIMMONS

Dated: June 23 ,2025

# NOTARIAL CERTIFICATE
# (JURAT)

State of GEORGIA
County of FULTON

Sworn to (or affirmed) and subscribed before me this ⎵16 day of ⎵MAY⎵.
20⎵25, by ⎵Chaundra Nicole⎵ (Name of Signer).
Simmons

⎵⎵⎵ Personally Known
⎵✗⎵ Produced Identification
Type and # of ID ⎵058304436⎵

(Seal)

⎵Jessica-Maria:Lewis⎵
(Signature of Notary)

⎵Jessica - Maria:Lewis⎵
(Name of Notary Typed, Stamped, or Printed)
Notary Public, State of Georgia



Verification

I, Chaundra Nicole Simmons hereby verify that the allegations in this petition are true and accurate to the best of my knowledge and belief.

Sworn to this ___ day of June , 2025

_____ on behalf of

CHAUNDRA NICOLE SIMMONS

Certification of Service

I hereby certify that a copy of this petition has been served via First Class US
Registered Mail Receipt to the parties listed below as follows:

BANK OF AMERICA
4500 AMON CARTER BLVD
PROC TX2-979-01-19
FT. WORTH, TEXAS [76155]


Clerk of The Court
Fulton County Justice Center Tower
185 Central Avenue SW
Atlanta, Georgia 30030


Humbly Submitted,

CHAUNDRA NICOLE SIMMONS

CEASE AND DESIST DEMAND

To: BANK OF AMERICA
     4500 AMON CARTER BLVD
     PROC TX2-979-01-19
     FT WORTH, TEXAS [76155]


From: CHAUNDRA NICOLE SIMMONS
       3485 RAVENSWOOD DR. SW
       ATLANTA, GEORGIA [30349]




Date: 5/ 16 / 2025

 Introduction

This cease and desist demand and request to stay foreclosure pending investigation of counter claim from the Real Party in Interest. This is issued pursuant to the facts and circumstances outlined below. The consumer hereby demands that the bank immediately cease and desist from any further collection activities, including but not limited to, sending demand letters, making phone calls, or filing lawsuits, related to the alleged debt described herein.

 Facts

1. *Prohibition on Pledging Assets:* The bank servicing company pledged its own assets in exchange for a loan to the consumer, in violation of 12 U.S.C. § 24 (Seventh).
2. *Bank's Business:* The bank is only in the business of buying, selling, and trading  or servicing securities, as defined by the Bank Holding Company Act of 1956 (12 U.S.C. § 1841 et seq.).
3. *Bank's Role:* The bank is not the buyer or seller of the asset described in the purchase agreement or promissory note, as defined by the Uniform Commercial Code (UCC) § 2-103.
4. *Failure to Disclose:* The bank failed to meet the terms of full disclosure by advising the consumer of their right to withhold assigning or transferring the right of repayment over to the bank pursuant to the repayment or installment agreement, as required by the Truth in Lending Act (15

U.S.C. § 1601 et seq.) and Regulation Z (12 C.F.R. Part 226).

5. *Ignorance of Consumer Rights:* The consumer executed the agreement in ignorance, not fully disclosed of the right to receive payment from investing in the bank by originating the issued security connected to the alleged loan, as protected by the Securities Act of 1933 (15 U.S.C. § 77a et seq.).

6. *Deception:* The bank deceived the consumer into believing it actually had the authority to loan and that the consumer had to repay the bank for facilitating the securities sales where the proceeds of that sale paid for the asset in question, in violation of the Federal Trade Commission Act (15 U.S.C. § 41 et seq.). Truth in Lending Act and The Right To Know Law ensures the consumer is advised of their consumer rights. It was never disclosed that the principal is entitled to the earned income interest connected to the instruments that the Agent assigned over in ignorance.

CEASE & DESIST DEMAND

The consumer hereby demands that the bank immediately cease and desist from:

1. *Collection Activities:* Any further collection activities, including but not limited to, sending demand letters, making phone calls, Mail billings, or filing lawsuits.

2. *Reporting to Credit Bureaus:* Reporting any negative information to credit bureaus related to the alleged debt.

3. *Selling or Assigning the Debt:* Selling or assigning the alleged debt to any third party, as all assignments previously made were done so in ignorance and duress and under the terms of necessity.

4. *Foreclosing on the described property and attached securities, or seizing property prior to investigation of this counterclaim by the real party in interest.

CONSEQUENCES OF NON COMPLIANCE

The consumer hereby advises the bank that failure to comply with this cease and desist demand may result in further action, including but not limited to:

1. *Lawsuit:* Filing a lawsuit for damages and injunctive relief.

2. *Regulatory Complaint:* Filing a complaint with regulatory agencies, including but not limited to, the Office of the Comptroller of the Currency and the Federal Trade Commission.

3. *Arbitration:* Pursuing arbitration in accordance with the terms of the contract.

Verification

I, CHAUNDRA NICOLE SIMMONS hereby verify that the statements made in this cease and desist demand are true and accurate to the best of my knowledge and ability.

Sworn to this ⎵16⎵ day of ⎵May⎵,2025

on behalf of

CHAUNDRA NICOLE SIMMONS

Cc:File

CERTIFICATE OF SERVICE

I, CHAUNDRA NICOLE SIMMONS , do hereby certify that a copy of this cease and desist demand was served on the bank via first class US Certified Mail on 5 / 16 / 25 to the following parties below:


BANK OF AMERICA
4500 AMON CARTER BLVD
PROC TX2-979-01-19
FT WORTH,TX. 76155


Humbly Submitted,

on Behalf of
CHAUNDRA NICOLE SIMMONS

Dated: May 16 ,2025
Cc:File



**UNITED STATES POSTAL SERVICE.**

RED O.
3435 ROOSEVELT HWY
RED OAK, GA 302.2-2312
(800) 275-8777

05/16/2025                          03:21 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Cardinal #9 Env | 1 | $0.95 | $0.95 |
| First-Class Mail® Letter | 1 | | $1.01 |

Fort Worth, TX 76155
Weight: 0 lb 1.30 oz
Estimated Delivery Date
Mon 05/19/2025

| | | | |
|---|---|---|---|
| Certified Mail® | | | $4.85 |
| Tracking #: | | | |
| 9589 0710 5270 1229 3150 95 | | | |
| Return Receipt | | | $4.10 |
| Tracking #: | | | |
| 9590 9402 91   122  073 13 | | | |
| Total | | | $9.96 |

Grand Total:                     $10.91

Debit Card Remit              $10.91
Card Name: VISA
A       XXXXXXXXXXXX7806
Approval #: 042108
Transaction #: 193
Receipt #: 057640
Debit Card Purchase: $10.91
AID: A0000000980840    Contactless
AL: US DEBIT

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1 800 410-7420.

UFN: 127249-0305
Receipt #: 840-53000141-2-6085744-1
Clerk: 5



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Fort Worth, TX 76155

| Certified Mail Fee | $4.85 | 0305 |
|---|---|---|
| $ | | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $_____
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$1.01

Total Postage and Fees
$9.96                    05/16/2025

Sent To   Bank of America
Street and Apt. No., or PO Box No.
4500 Amon Carter BLVD Proc Tx2-979-01-19
City, State, ZIP+4®
FT Worth, TX 76155

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# Notice of Non-Response for Administrative Remedy Completion Purposes

To: Bank of America
4500 Amon Carter Blvd
Proc TX2-979-01-19
FT Worth, TX 76155

From: Chaundra Simmons
3485 Ravenswood Drive
Atlanta, Georgia 30349

Dated: June 2, ,2025

Re: Notice of Non-Response to Administrative Request

This notice serves to document the lack of response from Cease and Desist Demand regarding the CEASE & DESIST submitted via US Certified Mail on 5|16|2025 .

Despite the passage of 17 days, which exceeds the typical timeframe for response under applicable regulations, no response or acknowledgment has been received.

Details of Request
- Date of Submission: 5|16|25
- Nature of Request: Cease and desist all billing, reporting and collection efforts in connection with the quasi contract/Mortgage agreement and coerced assignment of rights.
- Method of Submission: Certified Mail Receipt # 9589 0710 5270 1229 3150 95

Applicable Laws and Regulations

The following statutes and regulations mandate timely responses to administrative requests:
- 5 U.S.C. § 555(b): Requires agencies to conclude matters presented to them "with reasonable dispatch."
- 5 U.S.C. § 701 et seq. (Administrative Procedure Act): Provides for judicial review of agency actions and inactions.
- 28 U.S.C. § 1331: Grants federal courts jurisdiction over matters arising under federal law.

Request for Action

Given the lack of response, we request that _Bank of America_ takes immediate action to address the aforementioned. Failure to respond may result in further action, including seeking  judicial review.

Conclusion

Please consider this notice formal documentation of the non-response. We expect a prompt response or action regarding this matter.

Sincerely,

CHAUNDRA NICOLE SIMMONS

Cc:File

Certificate of Service

I CHAUNDRA NICOLE SIMMONS, hereby certify that I have caused a true and correct copy of the aforementioned to be served via first class US Certified Returned Registered Receipt to the parties listed below as follows:

Bank of America
4500 Amon Carter BLVD
Proc TX2-979-01-19
FT Worth, TX 76155

_____

_____

_____

Humbly submitted

_____By

CHAUNDRA NICOLE SIMMONS

Dated: June 2 ,2025

Cc:File

# NOTARIAL CERTIFICATE
# (JURAT)

State of GEORGIA
County of FULTON

Sworn to (or affirmed) and subscribed before me this _2_ day of _June_ ,
20 _25_, by _Chaundra N Simmons_ (Name of Signer).

_____ Personally Known
__X__ Produced Identification
Type and # of ID _058304436_



(Seal)

_Jessica-Maria-Lewis_
(Signature of Notary)

_Jessica Maria Lewis_
(Name of Notary Typed, Stamped, or Printed)
Notary Public, State of Georgia



# UNITED STATES
## POSTAL SERVICE.

FAIRBURN
75 WASHINGTON ST
FAIRBURN, GA 30213-9998
www.usps.com

06/03/2025                              09:06 AM

TRACKING NUMBERS
9589 0710 5270 2817 6974 87

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $1.01 |

Fort Worth, TX 76155
Weight: 0 lb 1.20 oz
Estimated Delivery Date
Fri 06/06/2025

| Certified Mail® | | | $4.85 |

Tracking #:
9589 0710 5270 2817 6974 87

| Return Receipt | | | $4.10 |

Tracking #:
9590 9402 9347 5002 0467 34

| Total | | | $9.96 |

Grand Total:                             $9.96

Cash                                    $20.00
Change                                 -$10.04

TO REPORT AN ISSUE
Visit https://emailus.usps.com

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.





*FINAL NOTICE BEFORE ENTRY OF DEFAULT JUDGMENT*

To: Bank of America
4500 Amon Carter Blvd
Pro Tx 2-979-01-19
Ft. Worth, TX 76155

From: Chaundra Nicole Simmons
3485 Ravenswood Drive
Atlanta, Georgia 30349

_____

_____


Date: June 12, 2025


Re: Administrative Remedy Served on Dates:


1) CEASE AND DESIST DEMAND May 16, 2025
2) NOTICE OF NON-RESPONSE FOR ADMINISTRATIVE REMEDY June 3, 2025
3) FINAL NOTICE BEFORE ENTRY OF DEFAULT JUDGEMENT June 12, 2025
4) NOTICE OF DEFAULT JUDGEMENT June 12, 2025

This serves as your final notice in good faith before the entry of a default judgment against you for failure to respond to the administrative remedy served upon you. As previously notified, you were required to respond to the claims and allegations made against you within the specified timeframe. Despite the passage of the deadline, no response has been received.

You are hereby notified that unless a response is submitted within 7 days from the date of this notice, a default judgment may be entered against you. This judgment could have serious legal and financial consequences.

You are advised to seek legal counsel immediately to understand your options and the potential implications of a default judgment. Failure to respond may result in a judgment being entered against you without further notice.

Sincerely,

CHAUNDRA NICOLE SIMMONS

NOTICE OF DEFAULT JUDGMENT UNDER THE COMMON LAW EXHAUSTION OF ADMINISTRATIVE REMEDY: RIGHT TO PRIVATE CAUSE OF ACTION FOR FAILURE TO CEASE & DESIST

To: Bank of America
4500 Amon Carter Blvd
Proc Tx 2-979-01-19
Ft. Worth, Tx 76155

From: Chaundra Nicole Simmons
3485 Ravenswood Drive
Atlanta, Georgia 30349

Date: June 12 ,2025

CERTIFICATE OF SERVICE

This Notice of Default Judgment is being served via certified mail to the above-mentioned defendant(s) on June 12, 2025

BACKGROUND

On May 16 , 2025, the Plaintiff caused to be served via certified mail a Cease & Desist notice to the Defendant(s), under oath, demanding that the Defendant(s) immediately cease and desist from "All debt collection and debt reporting as a result of failure to advise rights under the Truth in Lending Act." The Defendant(s) failed to provide a demur or a response to the Cease & Desist notice.

On June 3, 2025, the Plaintiff sent a Notice of Non-Response Opportunity to Cure via US First Class certified mail, providing the Defendant(s) with an opportunity to respond and cure the default. The Defendant(s) still failed to respond.

On June 12, 2025, the Plaintiff sent a Final Notice in good faith of the Defendant's potential entry of default, to which the Defendant(s) have ultimately landed in default.

DEFAULT JUDGMENT

By failing to respond or demur to the Cease & Desist notice, Notice of Non-Response, and Final Notice, the Defendant(s) have consented and given permission to the Plaintiff to move a court of proper jurisdiction to enter a Summary Judgment in favor of the Plaintiff for failure to cease and desist.

The Defendant(s) also grants the Plaintiff permission to execute agreements on behalf of the Principal for purposes of settlement of damages and injuries caused by the failure to cease and desist.

REQUEST FOR SUMMARY JUDGMENT AND INJUNCTIVE RELIEF

The Plaintiff requests that the court enter a Summary Judgment in favor of the Plaintiff, including:

- *Injunctive Relief*: An order requiring the Defendant(s) to immediately cease and desist from benefits from any assignments.
- *Damages*: Compensation for damages and injuries caused by the Defendant's failure to cease and desist.
- *Costs and Fees*: Reimbursement for costs and fees incurred by the Plaintiff in pursuing this matter.

CONCLUSION

The Plaintiff has exhausted all administrative remedies, and the Defendant(s) have failed to respond or cure the default. The Plaintiff requests that the court grant this Notice of Default Judgment and enter a Summary Judgment in favor of the Plaintiff.

Respectfully submitted,

CHAUNDRA NICOLE SIMMONS

VERIFICATION

I, Chaundra-Nicole: of the Simmons Tribe hereby verify that the statements made in this Notice of Default Judgment are true and accurate to the best of my knowledge and belief.

Signed this ___12___ day of June 2025.

CHAUNDRA NICOLE SIMMONS

Cc: File

## JURAT - NOTARIAL CERTIFICATE

State of _Georgia_
County of _Fulton_

Subscribed and sworn to (or affirmed) before me this _12_ day of
_June_, 20 _25_, by
_Chaundra Nicole Simmons_
(name(s) of person(s) making statement)

who personally appeared before me, proved to me on the basis of satisfactory evidence to be
the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged
executing the same.

_____ Personally Known
__X__ Produced Identification
Type of ID: _GADL 058304436_

Signature of Notary Public: _Jessica Maria Lewis_
Printed Name of Notary: _Jessica Maria Lewis_
My Commission Expires: _January 9, 2026_

Seal




**UNITED STATES POSTAL SERVICE**

June 23, 2025

Dear Chaundra Simmons:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 1970 0001 6393 2414**.

**Item Details**

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 23, 2025, 10:31 am |
| **Location:** | FORT WORTH, TX 76155 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

**Shipment Details**

**Weight:** 2.0oz

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



UNITED STATES
POSTAL SERVICE.

ATLANTA GA SDC
3900 CROWN RD SW
ATLANTA, GA 30304-0001
www.usps.com
06/14/2025                    08:31 PM
-----------------------------------------
TRACKING NUMBERS
7021197000163932414
-----------------------------------------
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



-----------------------------------------
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply
-----------------------------------------
TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
-----------------------------------------
PURCHASE DETAILS
-----------------------------------------
Product          Qty  Unit   Price
                      Price
-----------------------------------------
First-Class Mail®  1          $1.77
Large Envelope
   Fort Worth, TX 76155
   Weight: 0 lb 1.40 oz
   Estimated Delivery Date
   Fri 06/20/2025
   Certified Mail®            $4.85
   Tracking #:
      70211970000163932414
   e-Return Receipt           $2.62
Total                         $9.24

-----------------------------------------
Grand Total:                  $9.24
-----------------------------------------
Debit Card Remit              $9.24
   Card Name: VISA
   Account #: XXXXXXXXXXXX8864
   Approval #: 093100
   Transaction #: 228
   Receipt #: 157963
   Debit Card Purchase: $9.24
   AID: A0000000980840   Contactless
   AL: US DEBIT
-----------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

Use Tracking # for inquiry on Return
Receipt (Electronic).

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

For Return Receipt (by email), visit
USPS.com, click on Track & Manage and
enter Tracking number; click on drop-down
arrow under Return Receipt Electronic;
enter name and email address and click on
Request Email.

PREVIEW YOUR MAIL AND PACKAGES

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee      $4.85
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage      $1.77
Total Postage and Fees
$9.24
Sent To  Bank of America
Street and Apt. No., or PO Box No.  4500 Amon Carter Blvd
City, State, ZIP+4®  PO TX 3-999-01-19  Ft.Worth TX 76155

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

JUN 14 2025
USPS ATLANTA GA 30304

Fulton County Superior Court
***EFILED***IF
Date: 7/3/2025 2:05 PM
Che Alexander, Clerk

Civil Action No. 25CV008544

Date Filed _____

Magistrate Court ☐
Superior Court ☒
State Court ☐
Georgia, Gwinnett County

CHAUNDRA N. SIMMONS

_____ Plaintiff

Attorney's Address
Chaundra Simmons
3485 Ravenswood Dr. SW
Atlanta, Georgia 30349

vs

BANK OF AMERICA

_____ Defendant

Name and Address of party to be served.

CT Corporation System
289 South Culver St.
Lawrenceville, GA 30046-4805

_____ Garnishee

## Sheriff's Entry Of Service

**Personal** ☐

I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐

I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows

age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☒

Served the defendant *Bank of America Corp* a corporation

by leaving a copy of the within action and summons with *Jane Richardson*

in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐

Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This _____ 27 _____ day of ____ Jun ____ 20 25

_____
U. Higgins 50541
**Deputy**

Sheriff Docket_____ Page_____

_____
**Gwinnett County, Georgia**

WHITE: Clerk      CANARY: Plaintiff / Attorney      PINK: Defendant

SC-2 Rev.3.13